

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/23/2015 12:54:24 PM
CHRISTOPHER A. PRINE
Clerk

# John D. Kinard

**DISTRICT CLERK**
**GALVESTON COUNTY, TEXAS**

February 23, 2015

First Court of Appeals
Christopher A. Prine, Clerk of Court
301 Fannin, 2nd floor
Houston, TX 77002-2066

## NOTICE OF APPEAL

IN RE: Cause No**. 12-CV-0053,** Styled **League City vs. Texas Windstorm Insurance Association-** Filed in **10th District Court** of Galveston County, Texas

Dear Clerk:

Please find enclosed a copy of the notice of appeal filed by Texas Windstorm Insurance Association in the above case. This case is assigned to the **1st** Court of Appeals, Houston, Texas.

**Request is hereby made that all parties immediately file any designation of material to be included in the Clerk's record.**
Any Motions for Extension of Time to file the record on appeal must be filed directly with the Court of Appeals A copy of this letter is being mailed to all counsel of record. Please file mark the additional copy of this letter and return the same to my office.

Sincerely,

**John D. Kinard**
 **District Clerk**
**Galveston County, Texas**

By: /s/   Shailja Dixit**,** Deputy

*600 59th Street, Room 4001, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

Copy sent to


Dale Wainwright
Attorney for Texas Windstorm Insurance Association
Bracewell & Giuliani LLP
111 Congress Avenue, Suite 2300
Austin, Texas 78701


Jennifer Bruch Hogan
Attorney for League City
Hogan & Hogan
Pennzoil Place
711 Louisiana, Suite 500
Houston TX  77002


Gail Jalufka, Court Reporter
Hand-Delivered

Filed: 2/20/2015 4:37:29 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 4237563
By: Shailja Dixit
2/23/2015 8:09:17 AM

## CAUSE NO. 12-CV-0053

| | | |
|---|---|---|
| **LEAGUE CITY** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| | § | |
| **VS.** | § | **10th JUDICIAL DISTRICT** |
| | § | |
| | § | |
| **TEXAS WINDSTORM INSURANCE** | § | |
| **ASSOCIATION** | § | |
| **Defendant.** | § | **GALVESTON COUNTY, TEXAS** |

### TEXAS WINDSTORM INSURANCE ASSOCIATION'S
### NOTICE OF APPEAL

Pursuant to Texas Rule of Appellate Procedure 25.1, Defendant Texas Windstorm Insurance Association ("Defendant") hereby files this Notice of Appeal from the Amended Final Judgment, signed on November 13, 2014 by the 10th Judicial District Court in the above-styled case; all rulings and orders subsumed in the Amended Final Judgment; and all sanctions orders issued in this case, including the Order on Plaintiff's Motion to Enforce Court's Order And Motion for Sanctions, signed on November 7, 2013, the Order on Plaintiffs' Motion to Enforce the November 12, 2013 Order imposing sanctions, signed on December 2, 2013, and the Order striking Defendant's affirmative defenses regarding appraisal, signed on April 17, 2014. Please take notice that Defendant desires to appeal to the First Court of Appeals, where a related appeal is pending from the above-styled case: *League City v. Tex. Windstorm Ins. Ass'n*, No. 01-15-00117-CV.

Respectfully submitted,

By: ___/s/ Dale Wainwright___
     Dale Wainwright
     State Bar No. 00000049
     dale.wainwright@bgllp.com
     BRACEWELL & GIULIANI LLP

111 Congress Avenue, Suite 2300
Austin, Texas 78701
Telephone:  (512) 472-7800
Facsimile:   (800) 404-3970

Andrew T. McKinney IV
State Bar No. 13716800
mckinney@litchfieldcavo.com
LITCHFIELD CAVO LLP
One Riverway, Suite 1000
Houston, Texas 77056
Telephone:  (713) 418-2000
Facsimile:   (713) 418-2001

COUNSEL FOR DEFENDANT
TEXAS WINDSTORM INSURANCE
ASSOCIATION

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2015, a true and correct copy of the foregoing Notice of Appeal was served on the following counsel of record via the court's electronic filing system.


Gregory F. Cox
Michael R. Ramsey
THE MOSTYN LAW FIRM
6280 Delaware Street
Beaumont, Texas 77706
Facsimile: (409) 832-2703

Jennifer Bruch Hogan
HOGAN & HOGAN
2 Houston Center
909 Fannin, Suite 2700
Houston, Texas 77010
Facsimile: 713-222-8810


*/s/ Dale Wainwright*
Dale Wainwright